

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-23-00076-CR

Paul **MENA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR4184
Honorable Catherine Torres-Stahl, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's final judgment is AFFIRMED.

SIGNED September 25, 2024.

_____
Irene Rios, Justice